## STATE

v.

### Guy LANOUE.

#### No. 77–315–M.P.

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John Tramonti, Jr., Providence, for defendant.

#### ORDER

The state's motion to dismiss defendant's petition for certiorari is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.

## STATE

v.

### Alan MACK.

#### No. 77–197–M.P.

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Frederick A. Lawrence, East Greenwich, for defendant.

#### ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.

## STATE

v.

### Ernest MORIN et al.

#### No. 80–104–C.A.

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Charles J. Rogers, Jr., Providence, for defendants.

#### ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Friday, June 20, 1980 at 9:30 a. m. for oral argument.